Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00703-CR

Erica Dawn **HAYWOOD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR4672
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  October 26, 2011

DISMISSED FOR LACK OF JURISDICTION

Appellant has filed a notice of appeal seeking to appeal the trial court's order determining appellant to be incompetent to stand trial. On September 28, 2011, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Our order noted "[n]either the state nor the defendant is entitled to make an interlocutory appeal" of the trial court's competency determination. TEX. CODE CRIM. PROC. art. 46B.011; *Queen v. State*, 212 S.W.3d 619 (Tex. App.—Austin 2006, no pet.). Appellant did not respond to our order.

Because we lack jurisdiction to consider this interlocutory appeal, the appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH